828

No. 192. GOLDBERG v. TRACY. C. A. 3d Cir. Certiorari denied. *Samuel Kagle* for petitioner. *David F. Maxwell* for respondent. ▮

No. 194. MYERS ET AL. v. COMMISSIONER OF INTERNAL REVENUE. C. A. 6th Cir. Certiorari denied. *Charles H. Smith* for petitioners. *Solicitor General Cox, Acting Assistant Attorney General Jones* and *A. F. Prescott* for respondent. ▮

No. 195. WILLINGHAM v. UNITED STATES. C. A. 5th Cir. Certiorari denied. *William O. Turney* for petitioner. *Solicitor General Cox, Assistant Attorney General Oberdorfer, Meyer Rothwacks* and *Kenneth E. Levin* for the United States. ▮

No. 197. JAY STREET CONNECTING RAILROAD ET AL. v. MEYERS ET AL. C. A. 2d Cir. Certiorari denied. *Whitney North Seymour, Richard Hawkins* and *Robert S. Carlson* for petitioners. *Richard Swan Buell* for respondents. ▮

No. 198. GULF, COLORADO & SANTA FE RAILWAY Co. v. PITTMAN. Court of Civil Appeals of Texas, Eleventh Supreme Judicial District. Certiorari denied. *Luther Hudson* for petitioner. *Davis Scarborough* for respondent. ▮

No. 199. JONES & LAUGHLIN STEEL CORP. v. J. R. CLARK Co. ET AL. C. A. 7th Cir. Certiorari denied. *H. Parker Sharp* for petitioner. *Andrew E. Carlsen* for respondents. ▮

No. 203. SCHLICHTER v. PORT ARTHUR TOWING Co. C. A. 5th Cir. Certiorari denied. *Donald V. Organ* for petitioner. *John W. Sims* for respondent. ▮